**U.S. Department of Justice**
United States Marshals Service



EX H

# DETAINER
## AGAINST ~~UN~~SENTENCED PRISONER

United States Marshal
Middle District of Pennsylvania

*Please type or print neatly:*
TO: Warden, SCI Coal Township

DATE: 10/13/2004
SUBJECT: Williams, Shannon
AKA:
DOB/SSN: ▮▮▮▮
USMS #: 12191067        PA # CN1523
CR #:

*Original Given to US Marshals at pickup on _____ RH*

Please accept this Detainer against the above-named subject who is an unsentenced prisoner currently in your custody. The United States District Court for the Middle _____ District of Pennsylvania _____ has issued an arrest warrant(s) charging the subject with the commission of the following offense(s):

Possession of a Firearm by Convicted Felon- Sentenced to: 54 mths in prison 10/13/2004

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer because the subject is not currently serving a sentence of imprisonment at the time the Detainer is lodged. **IF THE SUBJECT IS SENTENCED WHILE THIS DETAINER IS IN EFFECT, PLEASE NOTIFY THIS OFFICE AT ONCE.**

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

| RECEIPT | |
|---|---|
| Date: | Very truly yours, |
| Signed: | _____ |
| By: | (Signature) |
| Title: | Michael Regan (717) 221 2212 |
| | U.S. Marshal |

*Institution Copy*