BP-S394.058  **DETAINER ACTION LETTER CDFRM**
FEB 94
U.S. DEPARTMENT OF JUSTICE                FEDERAL BUREAU OF PRISONS

| To: Pennsylvania Probation and Parole<br>1101 S. Front Street, STE 5800<br>Harrisburg, PA 17104 | Institution FCI McKean<br>P.O. Box 5000<br>Bradford, PA 16701 |
|---|---|
| | Date<br>February 26, 2008 |
| Re  DETAINER<br>PA 96860 | Inmate's Name<br>Williams, Shannon | Register No.<br>12191-067 |

The below checked paragraph relates to the above named inmate:

[redacted]

\*\*    A detainer has been filed against this subject in your favor charging Violation of Parole. His release is date is Friday, April 4, 2008.

This will be your last written notification for the above-mentioned inmate. Please make arrangements for pickup of this inmate on the date of release given above. You may contact this office at the above address or telex the number given below. Please be advised, you must pick up this inmate on April 4, 2008. A contact person here is John Siffrinn, Movement, at 814-362-8900, ext 3455.

Sincerely,

Penny J. Lundgren
Inmate Systems Manager
814/362-8900 Ext. 3446

2 Signed Record Copies - 1 Addressee, 1 - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1); Copy - Correctional Services Department

(This form may be reproduced via WP) (Replaces BP-394(58) dtd October 1988)